## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| John Doe,<br>  *Plaintiff* | : | CIVIL ACTION NO. 3:24-cv-00381-OAW |
|   v. | : | |
| | : | |
| University of Connecticut,<br>et al.,<br>  *Defendants* | :<br>:<br>: | MAY 16, 2024 |

## JOINT MOTION FOR EXTENSION OF TIME
## TO ENGAGE IN MEDIATION

The Plaintiff, John Doe, and the Defendants, University of Connecticut, Cameron Liston, in his official capacity, Kimberly Beardsley-Carr, in her official capacity, Joseph Revander, in his individual capacity, Jennifer Napiorski, in her individual capacity, and David Clokey, in his individual capacity, respectfully move that, pursuant to Fed. R. Civ. P. 6(b) and Local Rule of Civil Procedure 7(b), the Court extend the time to respond to the Plaintiff's Complaint filed on March 19, 2024. The parties specifically request that the current required response date of July 10, 2024, be extended by thirty (30) days to August 10, 2024. The parties, pursuant to Local Rule of Civil Procedure 16(c), have scheduled an early settlement conference to be held on July 8, 2024 so that the parties can engage in good faith negotiation in an attempt to avoid this litigation.

In support of the motion, the parties respectfully submit that:

1. Given the schedules of all involved, the first mutually available date for mediation is July 8, 2024;

2. The current due date for Defendants' answer or responsive pleading is July 10, 2024;

3. Counsel for the parties have agreed that it will be mutually beneficial to extend the answer deadline so as to engage in mediation on July 8, 2024;

4. The parties are jointly making this request;

5. This is the second extension of time sought for the subject time limitation.

WHEREFORE, for the foregoing reasons, the parties respectfully request the Court grant its motion.

                    DEFENDANTS

                    WILLIAM TONG
                    ATTORNEY GENERAL

BY:   /s/ Mary K. Lenehan
        Mary K. Lenehan
        Assistant Attorney General
        Federal Bar No. ct15436
        165 Capitol Ave.
        Hartford, CT  06106
        Tel: (860) 808-5210
        Fax: (860) 808-5385
        mary.lenehan@ct.gov

                    PLAINTIFF

BY:   /s/ Ryan A. O'Neill
        Ryan A. O'Neill, Esq.
        Bar No. ct28345
        The Law Offices of Mark Sherman
        29 Fifth Street
        Stamford, CT 06905
        (203) 358-4700
        ryan@markshermanlaw.com

## **CERTIFICATION**

I hereby certify that on May 16, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Mary K. Lenehan
Mary K. Lenehan (#ct15436)
Assistant Attorney General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
Email: mary.lenehan@ct.gov

: