UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN DOE | ) | |
| | ) | Civil Action No. |
| Plaintiff | ) | Case 3:24-cv-00381 |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNIVERSITY OF CONNECTICUT, Et. Al. | ) | |
| | ) | |
| Defendants | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

The Plaintiff, John Doe, and the Defendants, University of Connecticut, Cameron Liston, in his official capacity, Kimberly Beardsley-Carr, in her official capacity, Joseph Revander, in his individual capacity, Jennifer Napiorski, in her individual capacity, and David Clokey, in his individual capacity (collectively, "Defendants"), hereby jointly stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the action as to all Defendants is and shall be voluntarily dismissed with prejudice, without fees and costs to any party, and the parties waive all rights to appeal.

Dated: December 20, 2024

For the Plaintiff JOHN DOE

/s/ Ryan A. O'Neill
Ryan A. O'Neill, Esq.
Bar No. ct28345
The Law Offices of Mark Sherman
29 Fifth Street
Stamford, CT 06905
(203) 358-4700
ryan@marksfhermanlaw.com

For the DEFENDANTS
WILLIAM TONG
ATTORNEY GENERAL

BY: /s/          Mary K. Lenehan
Mary K. Lenehan
Assistant Attorney General
Federal Bar No. ct15436
165 Capitol Ave.
Hartford, CT  06106
Tel: (860) 808-5210
mary.lenehan@ct.gov

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2024, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Ryan O'Neill
Ryan O'Neill, Esq.